■ JOSEPH K. PAROT et al., Appellants, v CITY OF BUFFALO et al., Respondents. (Appeal No. 2.) [608 NYS2d 129] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Set Aside Verdict.) Present—Callahan, J. P., Pine, Fallon, Doerr and Davis, JJ.

■ OWL HOMES OF FREDONIA, INC., Appellant, v ROBERT L. MURPHY, SR., et al., Individually and Doing Business as GYPSUM MILLS ESTATES, Respondents. OWL HOMES OF FREDONIA, INC., Appellant, v VICTOR ESTATES HOMES et al., Respondents. [607 NYS2d 513] —Motion for leave to amend cross notice of appeal denied. Memorandum: Because a notice of appeal constitutes a jurisdictional prerequisite for an appeal, the notice cannot be amended to add parties appellant after the time to serve and file the notice has elapsed *(see, Matter of May v Accident & Cas. Ins. Co.,* 275 App Div 1007; *see also,* CPLR 5514 [c]). Present—Denman, P. J., Pine, Lawton, Doerr and Boehm, JJ. [Filed Dec. 1, 1993.)

■ In the Matter of TIMOTHY A. FISCHER, an Attorney. [608 NYS2d 899] —A certified copy of the plea minutes having been filed showing that Timothy A. Fischer was convicted of grand larceny in the third degree, the attorney is disbarred and his name is stricken from the roll of attorneys. Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ. (Filed Dec. 13, 1993.)

■ In the Matter of SUSAN B. QUAINTANCE, an Attorney. [608 NYS2d 899] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ. (Filed Dec. 13, 1993.)

■ In the Matter of JOHN A. PAPWORTH, an Attorney. [608 NYS2d 899] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Denman, P. J., Green, Pine, Fallon and Doerr, JJ. (Filed Dec. 13, 1993.)

■ In the Matter of BURT J. VALVO, an Attorney, Resignor. [608 NYS2d 899] —Resignation accepted and name stricken from the roll of attorneys. Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.